**LAW OFFICES OF STEVEN J. PARSONS**
STEVEN J. PARSONS – NV BAR NO. 363
Steve@SJPlawyer.com
7201 W. Lake Mead Blvd., Suite 108
Las Vegas, NV  89128-8354
Telephone:  (702) 384-9900
Facsimile:   (702) 384-5900
  *Attorneys for Plaintiff*
  *ELY BORAX*

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN, ESQ.  (NV Bar No. 7079)
amartin@rimacmartin.com
P.O. Box 7028
Incline Village, NV  89450
Telephone:  (775) 833-2269
Facsimile:   (775) 833-2279

1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430
  *Attorneys for Defendant*
  *MUTUAL OF OMAHA INSURANCE CO.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELY BORAX, | ) CASE NO. 11-cv-00956-JCM-GWF |
|  | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
|  | ) **ACTION WITH PREJUDICE;** |
| vs. | ) |
|  | ) **ORDER.** |
| MUTUAL OF OMAHA INSURANCE | ) |
| COMPANY, a Nebraska corporation, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

  IT IS HEREBY STIPULATED by and between the Plaintiff ELY BORAX and

Defendant MUTUAL OF OMAHA INSURANCE COMPANY, by and through their counsel of

record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

                                           **RIMAC MARTIN, P.C.**

DATED: April 17, 2012    By:    /S/ Anna M. Martin
                                            ANNA M. MARTIN
                                            Attorneys for Defendant
                                            MUTUAL OF OMAHA INSURANCE CO.

                                           **LAW OFFICES OF STEVEN J. PARSONS**

DATED: April 17, 2012    By:    /S/ Steven J. Parsons
                                            STEVEN J. PARSONS
                                            Attorneys for Plaintiff
                                            ELY BORAX

**IT IS SO ORDERED:**

DATE: April 19, 2012.    _____
                                        The Honorable James C. Mahan
                                          United States District Court Judge