1  **LAW OFFICES OF STEVEN J. PARSONS**
   STEVEN J. PARSONS – NV BAR NO. 363
2  Steve@SJPlawyer.com
   7201 W. Lake Mead Blvd., Suite 108
3  Las Vegas, NV  89128-8354
   Telephone:  (702) 384-9900
4  Facsimile:   (702) 384-5900
     *Attorneys for Plaintiff*
5      *ELY BORAX*

6

7  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN, ESQ.  (NV Bar No. 7079)
8  amartin@rimacmartin.com
   P.O. Box 7028
9  Incline Village, NV  89450
   Telephone:  (775) 833-2269
10 Facsimile:   (775) 833-2279

11 1051 Divisadero Street
   San Francisco, CA  94115
12 Telephone:  (415) 561-8440
13 Facsimile:   (415) 561-8430
     *Attorneys for Defendant*
14     *MUTUAL OF OMAHA INSURANCE CO.*

15

16                    **UNITED STATES DISTRICT COURT**

17                          **DISTRICT OF NEVADA**

18 ELY BORAX,                     ) CASE NO. 11-cv-00956-JCM-GWF
                                  )
19          Plaintiff,            ) **STIPULATION OF DISMISSAL OF**
                                  ) **ACTION WITH PREJUDICE;**
20      vs.                       )
                                  )           **ORDER.**
21 MUTUAL OF OMAHA INSURANCE      )
22 COMPANY, a Nebraska corporation,)
                                  )
23          Defendant.            )
   _____)
24

25      IT IS HEREBY STIPULATED by and between the Plaintiff ELY BORAX and

26 Defendant MUTUAL OF OMAHA INSURANCE COMPANY, by and through their counsel of

27                                      1
   STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE;
28                       [PROPOSED] ORDER
              CASE NO. 11-cv-00956-JCM-(GWF)

1  record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant
2  to Rule 41(a) of the Federal Rules of Civil Procedure.
3      The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

                                  **RIMAC MARTIN, P.C.**

DATED: April 17, 2012        By:   /S/ *Anna M. Martin*
                                          ANNA M. MARTIN
                                          Attorneys for Defendant
                                          MUTUAL OF OMAHA INSURANCE CO.

                                          **LAW OFFICES OF STEVEN J. PARSONS**

DATED: April 17, 2012        By:   /S/ *Steven J. Parsons*
                                            STEVEN J. PARSONS
                                          Attorneys for Plaintiff
                                          ELY BORAX

**IT IS SO ORDERED:**

DATE: April 19, 2012.                               /s/ James C. Mahan
                                                The Honorable James C. Mahan
                                             United States District Court Judge